**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

CARLOS BUILES                                     CIVIL ACTION NO:  3:23CV391

     Plaintiff

        v.

                                  DATE:  MARCH 30, 2023

LOWE'S HOME CENTERS, LLC,

     Defendant

## NOTICE OF REMOVAL

     To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

     1.      On March 1, 2023, a copy of the Writ, Summons and Complaint was delivered by a marshal to Shelly Kurpaska, authorized agent for Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC at 225 Asylum Street, 20th Floor, in Hartford, Connecticut.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of Stamford on March 21, 2023, entitled: <u>Carlos Builes v. Lowe's Home Center, LLC</u> with docket number FST-CV23-6060446-S (hereinafter "State Action") returnable April 4, 2023, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

     2.      There is one named plaintiff in the State Action, Carlos Builes.  In the Complaint, the Plaintiff claims that on or about March 16, 2021 at approximately 6:15 p.m., the Plaintiff was

1

caused to trip on/over a pile of pallets/materials and fall to the hard surface below, and to suffer injuries as a result.  The Complaint alleges that the Plaintiff suffered injuries and damages, which were caused by the negligence of the Defendant.

3.       This action involves citizens of different states.  At all times relevant, the Plaintiff, Carlos Builes, is a citizen of the state of Connecticut and resident of the City of Stamford.  (See Exhibit A, Summons).

4.       The sole Defendant, Lowe's Home Centers, LLC, is a manager managed limited liability company with its principal place of business in North Carolina and whose managers all reside in North Carolina.   Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that its sole member is Lowe's Companies, Inc. which is incorporated in the State of North Carolina with its principal place of business in North Carolina.

5.       Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.       Based on the allegations in the Plaintiff's Complaint and information provided by plaintiff's counsel's office regarding the Plaintiff's injuries and damages, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.  As a result of the pile of pallets/materials, Plaintiff claims he suffered serious, severe, and permanent injuries including disc herniations with annular tearing, nerve root impression, thecal sac involvement and stenosis, including an 8% permanent partial impairment

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

102490372

of the lumbar spine; injury to left hip area, with pain and tenderness; injury to left groin area, with pain; injury to left pelvic area, with pain; post traumatic lumbosacral syndrome with paraspinal myofascitis, muscle spasm, myositis and contracture; groin pull injury; groin muscle strain; sleeplessness; headaches; and associated pain, suffering trauma, discomfort, emotional distress, and mental anguish. (Ex. A., Complaint, ¶ 11.) Plaintiff claims medical expenses, loss of enjoyment of life's activities, and anxiety/fear of increased risk of future injuries. (Ex. A., Complaint, ¶ 12-14.)

7.     The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the sole Defendant Lowe's Home Center, LLC is a manager managed limited liability company with its principal place of business in North Carolina and whose managers all reside in North Carolina which is wholly diverse from the citizenship of the Plaintiff; (2) the sole member of the Defendant limited liability company, Lowe's Companies, Inc., is incorporated in North Carolina with its principal place of business in North Carolina which is wholly diverse from the domicile/citizenship of the Plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on March 1, 2023, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

3

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102490372

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.      The Superior Court for the Judicial District of Stamford is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

11.      A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Stamford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC


By:   /s/ *Gina M. Hall*
        Gina M. Hall – CT26885
        ghall@morrisonmahoney.com
        Morrison Mahoney LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06103
        Phone:   860-616-4441
        Fax:        860-244-3800

4

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

102490372

## <u>CERTIFICATION</u>

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on March 30, 2023 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
**<u>Does not consent to electronic service</u>**


By:   /s/ *Gina M. Hall*
          Gina M. Hall

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102490372

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* <br> **123 HOYT STREET, STAMFORD, CT 06905** | Telephone number of clerk <br> ( 203 ) 965 _ 5308 | Return Date *(Must be a Tuesday)* <br> **APRIL 4, 2023** |
| --- | --- | --- |
| ☒ Judicial District   G.A. <br> ☐ Housing Session  ☐ Number: ____ | At *(City/Town)* <br> **STAMFORD** | Case type code *(See list on page 2)* <br> Major: **T**    Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* <br> **PAPCSY JANOSOV ROCHE, 53 EAST AVENUE, NORWALK, CT 06851** | Juris number *(if attorney or law firm)* <br> **428746** |
| --- | --- |
| Telephone number <br> ( 203 ) 642 _ 3888 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
| --- | --- |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
| --- | --- | --- |
| **First plaintiff** | Name: **BUILES, CARLOS** <br> Address: **47 BARMORE DRIVE WEST, STAMFORD, CT 06905** | **P-01** |
| **Additional plaintiff** | Name: <br> Address: | **P-02** |
| **First defendant** | Name: **LOWE'S HOME CENTERS, LLC** <br> Address: **Agent: Corporation Service Company, Goodwin Sq., 225 Asylum St., 20th Floor, Hartford, CT 06103** | **D-01** |
| **Additional defendant** | Name: <br> Address: | **D-02** |
| **Additional defendant** | Name: <br> Address: | **D-03** |
| **Additional defendant** | Name: <br> Address: | **D-04** |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date <br> **02/23/2023** | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court <br> ☐ Clerk | Name of person signing <br> **David A. Roche** |
| --- | --- | --- | --- |

| If this summons is signed by a Clerk: | For Court Use Only |
| --- | --- |
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. <br> c. The court staff is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
| --- | --- | --- | --- |

| Print Form | Page 1 of 2 | Reset Form |
| --- | --- | --- |

RETURN DATE: APRIL 4, 2023        :      SUPERIOR COURT

CARLOS BUILES        :      J.D. OF STAMFORD

VS.        :      AT STAMFORD

LOWE'S HOME CENTERS, LLC, ETAL.        :      FEBRUARY 23, 2023

## COMPLAINT

**FIRST COUNT:**      **(Negligence against the Defendant, LOWE'S HOME CENTERS, LLC):**

1.      At all times mentioned herein, the Plaintiff, CARLOS BUILES, (Hereinafter referred to as "BUILES"), was a resident of the City of Stamford, County of Fairfield, and State of Connecticut.

2.      At all times mentioned herein, the Defendant, LOWE'S HOME CENTERS, LLC, (Hereinafter referred to as "LOWE'S"), owned, controlled, managed, maintained, and/or otherwise possessed the property and business located at Lowe's of Norwalk, CT (Store # 3248), 100 Connecticut Avenue, in Norwalk, Connecticut, (Hereinafter referred to as "the Premises").

3.      At all times mentioned herein, the Defendant, LOWE'S, was duly licensed to transact business upon said Premises within the state of Connecticut from which it derived a financial benefit.

[1]

4.      At all times mentioned herein, the Defendant, LOWE'S, owed a non-delegable duty to
        invitees, patrons and/or customers, rightfully upon said Premises, including the Plaintiff,
        BUILES, to exercise reasonable care in the maintenance, management, upkeep, repair,
        cleaning, and control of the Premises.

5.      At all times mentioned herein, the Defendant, LOWE'S, owed a non-delegable duty to
        invitees, patrons and/or customers, rightfully upon said Premises, including the Plaintiff,
        BUILES, to exercise reasonable care in the hiring, training, retention and supervision of its
        agents, employees, staff, and/or representatives.

6.      At all times mentioned herein, the Plaintiff, BUILES, was an invitee, patron and customer,
        rightfully upon the Premises, for the financial/pecuniary benefit of the Defendant, LOWE'S.

7.      On or about March 16, 2021, at approximately 6:15 p.m., the Plaintiff, BUILES, was caused,
        due to the negligence of the Defendant, to trip on/over a pile of pallets/materials and fall to
        the hard surface below, which caused the Plaintiff to sustain serious and severe physical
        injuries and damages as hereinafter set forth.

8.      The Defendant, LOWE'S, owed a duty to invitees, patrons and customers, including the
        Plaintiff, BUILES, to exercise reasonable care in the maintenance, upkeep, management,
        repair and control of the Premises.

[2]

9.   The Defendant, LOWE'S, owed a duty to invitees, patrons and customers, including the Plaintiff, BUILES, to exercise reasonable care in the hiring, training, retention and/or supervision of its agents, employees, staff and/or representatives.

10.  The injuries and losses sustained by the Plaintiff, BUILES, were caused by the carelessness and negligence of the Defendant, LOWE'S, in one or more of the following respects:

a.   IN THAT the Defendant failed to keep the Premises or its employees under reasonable control;

b.   IN THAT the Defendant failed to properly manage and/or control its Premises or its employees;

c.   IN THAT the Defendant failed to properly monitor and/or supervise its employees/staff in the execution of their job duties/responsibilities;

d.   IN THAT the Defendant failed to properly hire, train, retain and/or supervise its employees/staff;

e.   IN THAT the Defendant failed to properly implement safeguards and procedures for its employees/staff to adhere to in the execution of their job responsibilities;

f.   IN THAT the Defendant failed to properly implement safeguards and procedures to reasonably protect their invitees, patrons and/or customers;

[3]

g.  IN THAT the Defendant failed to keep the Premises, and the operations and procedures therein, reasonably safe for its foreseeable invitees, patrons and customers.

h.  IN THAT the Defendant created a hazardous and/or dangerous condition upon the premises;

i.  IN THAT the Defendant allowed a hazardous and/or dangerous condition to exist upon the premises for an unreasonable amount of time;

j.  IN THAT the Defendant failed to remedy, repair, fix the hazardous and/or dangerous condition of which they had knowledge of or should/could have had knowledge of after reasonable inspection; and

k.   IN THAT the Defendant failed to warn invitees, customers, and/or patrons of the existence of a hazardous and/or dangerous condition of which they had knowledge of or should/could have had knowledge of after reasonable inspection.

11.   As a result of the negligence and carelessness of the Defendant, LOWE'S, the Plaintiff, BUILES, suffered the following serious, severe, and permanent injuries:

a.  L4-5 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

[4]

b.  L3-4 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

c.  L2-3 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

d.  L5-S1 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

e.  L1-2 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

f.  Injury to the lumbar spinal region and lower back, with pain, radicular symptoms, muscle spasm and decreased range of motion;

g.  8 % permanent partial impairment of the lumbar spine;

h.  Injury to the left hip area, with pain and tenderness;

i.  Injury to the left groin area, with pain;

j.  Injury to the left pelvic area, with pain;

k.  Post traumatic lumbosacral syndrome with paraspinal myofascitis, muscle spasm, myositis and contracture;

l.  Groin pull injury;

[5]

    m.  Groin muscle strain;

    n.  Sleeplessness;

    o.  Headaches; and

    p.  Pain, suffering, trauma, discomfort, emotional distress, and mental anguish.

12. As a result of the injuries caused by the negligence and carelessness of the Defendant, LOWE'S, the Plaintiff, BUILES, has expended large sums of money for medical treatment, examinations, x-rays, medications, and therapy, and will likely be forced to incur more expenses for the same in the future.

13. The injuries sustained by the Plaintiff, BUILES, as a result of the negligence and carelessness of the Defendant, LOWE'S, as aforesaid, disrupted the Plaintiff's ability to carry on and enjoy life's activities and will likely restrict the activities in which he can engage in the future.

14. As a further result of the negligence and carelessness of the Defendant, LOWE'S, as aforesaid, and the injures caused to the Plaintiff, BUILES, the Plaintiff has become anxious and fearful of increased risk of future injuries.

[6]

WHEREFORE, the Plaintiff claims:

    1. Monetary damages; and

    2. Such other and further relief as the Court may deem just and equitable.

THE PLAINTIFF,

_____

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
Juris No. 428746

[7]

RETURN DATE: APRIL 4, 2023   :  SUPERIOR COURT

CARLOS BUILES      :  J.D. OF STAMFORD

VS.           :  AT STAMFORD

LOWE'S HOME CENTERS, LLC, ETAL. :  FEBRUARY 23, 2023

### AMOUNT IN DEMAND

  The amount, legal interests, or property in demand is greater than FIFTEEN THOUSAND AND

00/100 DOLLARS ($15,000.00), exclusive of interests and costs.

         THE PLAINTIFF,

         David A. Roche
         Papcsy Janosov Roche Trial Lawyers
         53 East Avenue
         Norwalk, CT 06851
         (203) 642-3888
         Juris No. 428746

[8]

State of Connecticut    )

                        ) SS      Hartford        March 1, 2023

County of Hartford      )


Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, **Lowe's Home Centers, LLC c/o AFS: Corporation Service Company**, by leaving a verified, true and attested copy of the original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with Shelley Kurpaska at Updike, Kelly & Spellacy, P.C., Authorized Recipient of Service for the Agent for Service, Corporation Service Company, at Goodwin Square, 225 Asylum Street, 20th Floor, in said Town of Hartford.

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings hereon endorsed.

Attest:

Lisa H. Stevenson
Connecticut State Marshal
Hartford County


| Service | 50.00 |
|---|---|
| Travel-8.8 miles | 5.76 |
| Endorsements | 1.50 |
| Verified Pages | 9.00 |
| TOTAL | $66.26 |

PJR030123

LISA H. STEVENSON
CONNECTICUT STATE MARSHAL
(860) 291-8805

# EXHIBIT B

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
| --- |
| **Apr-04-2023** |
| Docket Number |
| **FST-CV-23-6060446-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**BUILES, CARLOS  v. LOWE'S HOME CENTERS, LLC**

| Housing Session | Judicial District ☒ | Geographic Area | Address of court *(Number, street, town and zip code)* **123 HOYT STREET STAMFORD, CT 06905** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* **404459** |
| --- | --- |

| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* **860-616-4441** |
| --- | --- | --- |

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number **860-244-3800** | E-mail address **ghall@morrisonmahoney.com** |
| --- | --- | --- | --- | --- |

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____

**DEFENDANT**
☒ The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only: _____

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
　☐ matters in the Family Division of the Superior Court　☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender  or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.　*(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
　　*Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)** ☒ Yes　☐ No

| Signed *(Individual attorney or self-represented party)* **414750** | Name of person signing at left *(Print or type)* **GINA MARIE HALL** | Date signed **Mar 30 2023** |
| --- | --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ **Mar 30 2023** _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**PAPCSY JANOSOV ROCHE - 53 EAST AVENUE/NORWALK, CT 06851**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **414750** | Print or type name of person signing **GINA MARIE HALL** | Date signed **Mar 30 2023** |
| --- | --- | --- |

 

**State of Connecticut Judicial Branch**
# Superior Court E-Filing

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)    **E-Mail:** kcunningham@morrisonmahoney.com    Logout

**FST-CV23-6060446-S**    BUILES, CARLOS v. LOWE'S HOME CENTERS, LLC
**Prefix:** FS3    **Case Type:** T03    **File Date:** 03/21/2023    **Return Date:** 04/04/2023

**Hide Instructions**    **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

**Confirmation of E-filed Transaction (print this page for your records)**

**Docket Number:** FST-CV-23-6060446-S
**Case Name:** BUILES, CARLOS v. LOWE'S HOME CENTERS, LLC
**Type of Transaction:** Appearance
**Date Filed:** Mar 30 2023
**Appearance by:** 404459 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|-----------|
| D-01 | LOWE'S HOME CENTERS, LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Mar 30 2023 8:52:59 AM

[ Return to Civil / Family Menu ]

Copyright © 2023, State of Connecticut Judicial Branch

EXHIBIT C

| DOCKET NO.: FST-CV23-6060446-S | : | SUPERIOR COURT |
|---|---|---|
| CARLOS BUILES | : | JUDICIAL DISTRICT OF STAMFORD |
| v. | : | AT STAMFORD |
| LOWE'S HOME CENTERS, LLC | : | MARCH 30, 2023 |

### <u>NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT</u>

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Lowe's Home Centers, LLC (hereinafter "the Defendant"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as <u>Exhibit A</u>.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

THE DEFENDANT,
LOWE'S HOME CENTERS, LLC

By: /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone:    860-616-4441
Fax:       860-244-3800

102490373

1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on March 30, 2023 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
**Does not consent to electronic service**

By:  /s/ *Gina M. Hall*
        Gina M. Hall

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102490373

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

CARLOS BUILES                  CIVIL ACTION NO:

     Plaintiff

        v.

                         DATE:  MARCH 30, 2023

LOWE'S HOME CENTERS, LLC,

     Defendant

## NOTICE OF REMOVAL

     To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

     1.      On March 1, 2023, a copy of the Writ, Summons and Complaint was delivered by a marshal to Shelly Kurpaska, authorized agent for Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC at 225 Asylum Street, 20th Floor, in Hartford, Connecticut.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of Stamford on March 21, 2023, entitled: <u>Carlos Builes v. Lowe's Home Center, LLC</u> with docket number FST-CV23-6060446-S (hereinafter "State Action") returnable April 4, 2023, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

     2.      There is one named plaintiff in the State Action, Carlos Builes.  In the Complaint, the Plaintiff claims that on or about March 16, 2021 at approximately 6:15 p.m., the Plaintiff was

caused to trip on/over a pile of pallets/materials and fall to the hard surface below, and to suffer injuries as a result. The Complaint alleges that the Plaintiff suffered injuries and damages, which were caused by the negligence of the Defendant.

3.      This action involves citizens of different states. At all times relevant, the Plaintiff, Carlos Builes, is a citizen of the state of Connecticut and resident of the City of Stamford. (See Exhibit A, Summons).

4.      The sole Defendant, Lowe's Home Centers, LLC, is a manager managed limited liability company with its principal place of business in North Carolina and whose managers all reside in North Carolina.   Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that its sole member is Lowe's Companies, Inc. which is incorporated in the State of North Carolina with its principal place of business in North Carolina.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint and information provided by plaintiff's counsel's office regarding the Plaintiff's injuries and damages, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. As a result of the pile of pallets/materials, Plaintiff claims he suffered serious, severe, and permanent injuries including disc herniations with annular tearing, nerve root impression, thecal sac involvement and stenosis, including an 8% permanent partial impairment

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102490372

of the lumbar spine; injury to left hip area, with pain and tenderness; injury to left groin area, with pain; injury to left pelvic area, with pain; post traumatic lumbosacral syndrome with paraspinal myofascitis, muscle spasm, myositis and contracture; groin pull injury; groin muscle strain; sleeplessness; headaches; and associated pain, suffering trauma, discomfort, emotional distress, and mental anguish. (Ex. A., Complaint, ¶ 11.) Plaintiff claims medical expenses, loss of enjoyment of life's activities, and anxiety/fear of increased risk of future injuries. (Ex. A., Complaint, ¶ 12-14.)

7.    The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the sole Defendant Lowe's Home Center, LLC is a manager managed limited liability company with its principal place of business in North Carolina and whose managers all reside in North Carolina which is wholly diverse from the citizenship of the Plaintiff; (2) the sole member of the Defendant limited liability company, Lowe's Companies, Inc., is incorporated in North Carolina with its principal place of business in North Carolina which is wholly diverse from the domicile/citizenship of the Plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on March 1, 2023, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

3

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102490372

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of Stamford is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

11.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Stamford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC


By:   /s/ *Gina M. Hall*
         Gina M. Hall – CT26885
         ghall@morrisonmahoney.com
         Morrison Mahoney LLP
         One Constitution Plaza, 10th Floor
         Hartford, CT 06103
         Phone:   860-616-4441
         Fax:       860-244-3800

4

**<u>CERTIFICATION</u>**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on March 30, 2023 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
**<u>Does not consent to electronic service</u>**

By:  _/s/ *Gina M. Hall*_____
        Gina M. Hall

5

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

102490372

EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>**123 HOYT STREET, STAMFORD, CT 06905** | Telephone number of clerk<br>( **203** ) **965** _ **5308** | **Return Date** *(Must be a Tuesday)*<br>**APRIL 4, 2023** |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session   ☐ Number: ___ | At *(City/Town)*<br>**STAMFORD** | Case type code *(See list on page 2)*<br>Major: **T**    Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>**PAPCSY JANOSOV ROCHE, 53 EAST AVENUE, NORWALK, CT 06851** | Juris number *(if attorney or law firm)*<br>**428746** |
|---|---|
| Telephone number<br>( **203** ) **642** _ **3888** | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **BUILES, CARLOS**<br>Address: **47 BARMORE DRIVE WEST, STAMFORD, CT 06905** | **P-01** |
| **Additional plaintiff** | Name:<br>Address: | **P-02** |
| **First defendant** | Name: **LOWE'S HOME CENTERS, LLC**<br>Address: **Agent: Corporation Service Company, Goodwin Sq., 225 Asylum St., 20th Floor, Hartford, CT 06103** | **D-01** |
| **Additional defendant** | Name:<br>Address: | **D-02** |
| **Additional defendant** | Name:<br>Address: | **D-03** |
| **Additional defendant** | Name:<br>Address: | **D-04** |

| Total number of plaintiffs: **1** | Total number of defendants: **1** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>**02/23/2023** | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>**David A. Roche** |
|---|---|---|---|

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Print Form                     Page 1 of 2                     Reset Form

RETURN DATE: APRIL 4, 2023         :      SUPERIOR COURT

CARLOS BUILES         :      J.D. OF STAMFORD

VS.         :      AT STAMFORD

LOWE'S HOME CENTERS, LLC, ETAL.         :      FEBRUARY 23, 2023

## COMPLAINT

**FIRST COUNT:**      **(Negligence against the Defendant, LOWE'S HOME CENTERS, LLC):**

1.     At all times mentioned herein, the Plaintiff, CARLOS BUILES, (Hereinafter referred to as "BUILES"), was a resident of the City of Stamford, County of Fairfield, and State of Connecticut.

2.     At all times mentioned herein, the Defendant, LOWE'S HOME CENTERS, LLC, (Hereinafter referred to as "LOWE'S"), owned, controlled, managed, maintained, and/or otherwise possessed the property and business located at Lowe's of Norwalk, CT (Store # 3248), 100 Connecticut Avenue, in Norwalk, Connecticut, (Hereinafter referred to as "the Premises").

3.     At all times mentioned herein, the Defendant, LOWE'S, was duly licensed to transact business upon said Premises within the state of Connecticut from which it derived a financial benefit.

[1]

4.     At all times mentioned herein, the Defendant, LOWE'S, owed a non-delegable duty to
       invitees, patrons and/or customers, rightfully upon said Premises, including the Plaintiff,
       BUILES, to exercise reasonable care in the maintenance, management, upkeep, repair,
       cleaning, and control of the Premises.

5.     At all times mentioned herein, the Defendant, LOWE'S, owed a non-delegable duty to
       invitees, patrons and/or customers, rightfully upon said Premises, including the Plaintiff,
       BUILES, to exercise reasonable care in the hiring, training, retention and supervision of its
       agents, employees, staff, and/or representatives.

6.     At all times mentioned herein, the Plaintiff, BUILES, was an invitee, patron and customer,
       rightfully upon the Premises, for the financial/pecuniary benefit of the Defendant, LOWE'S.

7.     On or about March 16, 2021, at approximately 6:15 p.m., the Plaintiff, BUILES, was caused,
       due to the negligence of the Defendant, to trip on/over a pile of pallets/materials and fall to
       the hard surface below, which caused the Plaintiff to sustain serious and severe physical
       injuries and damages as hereinafter set forth.

8.     The Defendant, LOWE'S, owed a duty to invitees, patrons and customers, including the
       Plaintiff, BUILES, to exercise reasonable care in the maintenance, upkeep, management,
       repair and control of the Premises.

[2]

9.   The Defendant, LOWE'S, owed a duty to invitees, patrons and customers, including the Plaintiff, BUILES, to exercise reasonable care in the hiring, training, retention and/or supervision of its agents, employees, staff and/or representatives.

10.  The injuries and losses sustained by the Plaintiff, BUILES, were caused by the carelessness and negligence of the Defendant, LOWE'S, in one or more of the following respects:

a.  IN THAT the Defendant failed to keep the Premises or its employees under reasonable control;

b.  IN THAT the Defendant failed to properly manage and/or control its Premises or its employees;

c.  IN THAT the Defendant failed to properly monitor and/or supervise its employees/staff in the execution of their job duties/responsibilities;

d.  IN THAT the Defendant failed to properly hire, train, retain and/or supervise its employees/staff;

e.  IN THAT the Defendant failed to properly implement safeguards and procedures for its employees/staff to adhere to in the execution of their job responsibilities;

f.  IN THAT the Defendant failed to properly implement safeguards and procedures to reasonably protect their invitees, patrons and/or customers;

[3]

g.  IN THAT the Defendant failed to keep the Premises, and the operations and procedures therein, reasonably safe for its foreseeable invitees, patrons and customers.

h.  IN THAT the Defendant created a hazardous and/or dangerous condition upon the premises;

i.  IN THAT the Defendant allowed a hazardous and/or dangerous condition to exist upon the premises for an unreasonable amount of time;

j.  IN THAT the Defendant failed to remedy, repair, fix the hazardous and/or dangerous condition of which they had knowledge of or should/could have had knowledge of after reasonable inspection; and

k.   IN THAT the Defendant failed to warn invitees, customers, and/or patrons of the existence of a hazardous and/or dangerous condition of which they had knowledge of or should/could have had knowledge of after reasonable inspection.

11.   As a result of the negligence and carelessness of the Defendant, LOWE'S, the Plaintiff, BUILES, suffered the following serious, severe, and permanent injuries:

a.  L4-5 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

[4]

b.  L3-4 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

c.  L2-3 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

d.  L5-S1 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

e.  L1-2 disc herniation with annular tearing, nerve root impression, thecal sac involvement and stenosis;

f.  Injury to the lumbar spinal region and lower back, with pain, radicular symptoms, muscle spasm and decreased range of motion;

g.  8 % permanent partial impairment of the lumbar spine;

h.  Injury to the left hip area, with pain and tenderness;

i.  Injury to the left groin area, with pain;

j.  Injury to the left pelvic area, with pain;

k.  Post traumatic lumbosacral syndrome with paraspinal myofascitis, muscle spasm, myositis and contracture;

l.  Groin pull injury;

[5]

    m.  Groin muscle strain;

    n.  Sleeplessness;

    o.  Headaches; and

    p.  Pain, suffering, trauma, discomfort, emotional distress, and mental anguish.

12.    As a result of the injuries caused by the negligence and carelessness of the Defendant, LOWE'S, the Plaintiff, BUILES, has expended large sums of money for medical treatment, examinations, x-rays, medications, and therapy, and will likely be forced to incur more expenses for the same in the future.

13.    The injuries sustained by the Plaintiff, BUILES, as a result of the negligence and carelessness of the Defendant, LOWE'S, as aforesaid, disrupted the Plaintiff's ability to carry on and enjoy life's activities and will likely restrict the activities in which he can engage in the future.

14.    As a further result of the negligence and carelessness of the Defendant, LOWE'S, as aforesaid, and the injures caused to the Plaintiff, BUILES, the Plaintiff has become anxious and fearful of increased risk of future injuries.

[6]

WHEREFORE, the Plaintiff claims:

    1. Monetary damages; and

    2. Such other and further relief as the Court may deem just and equitable.

THE PLAINTIFF,

_____

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
Juris No. 428746

[7]

RETURN DATE: APRIL 4, 2023    :    SUPERIOR COURT

CARLOS BUILES    :    J.D. OF STAMFORD

VS.    :    AT STAMFORD

LOWE'S HOME CENTERS, LLC, ETAL.    :    FEBRUARY 23, 2023

## AMOUNT IN DEMAND

The amount, legal interests, or property in demand is greater than FIFTEEN THOUSAND AND

00/100 DOLLARS ($15,000.00), exclusive of interests and costs.

THE PLAINTIFF,

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
Juris No. 428746

[8]

State of Connecticut        )

                            ) SS        Hartford            March 1, 2023

County of Hartford          )

Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, **Lowe's Home Centers, LLC c/o AFS: Corporation Service Company**, by leaving a verified, true and attested copy of the original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with Shelley Kurpaska at Updike, Kelly & Spellacy, P.C., Authorized Recipient of Service for the Agent for Service, Corporation Service Company, at Goodwin Square, 225 Asylum Street, 20th Floor, in said Town of Hartford.

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings hereon endorsed.

Attest:

Lisa H. Stevenson
Connecticut State Marshal
Hartford County

| | |
|---|---|
| Service | 50.00 |
| Travel-8.8 miles | 5.76 |
| Endorsements | 1.50 |
| Verified Pages | 9.00 |
| TOTAL | $66.26 |

PJR030123

LISA H. STEVENSON
CONNECTICUT STATE MARSHAL
(860) 291-8805

EXHIBIT B

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
| Apr-04-2023 |
| Docket Number |
| **FST-CV-23-6060446-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)*  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**BUILES, CARLOS  v. LOWE'S HOME CENTERS, LLC**

| Housing Session | ☒ Judicial District | Geographic Area | Address of court *(Number, street, town and zip code)* <br> **123 HOYT STREET STAMFORD, CT 06905** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* <br> **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* <br> **404459** |

| Mailing address <br> **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* <br> **860-616-4441** |

| City/town <br> **HARTFORD** | State <br> **CT** | Zip code <br> **06103** | Fax number <br> **860-244-3800** | E-mail address <br> **ghall@morrisonmahoney.com** |

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
☒ The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only:

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                    *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**  ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)* <br> **414750** | Name of person signing at left *(Print or type)* <br> **GINA MARIE HALL** | Date signed <br> **Mar 30 2023** |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____Mar 30 2023____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**PAPCSY JANOSOV ROCHE - 53 EAST AVENUE/NORWALK, CT 06851**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* <br> **414750** | Print or type name of person signing <br> **GINA MARIE HALL** | Date signed <br> **Mar 30 2023** |

 

**State of Connecticut Judicial Branch**
## Superior Court E-Filing

---

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)         **E-Mail:** kcunningham@morrisonmahoney.com    Logout

🗎 FST-CV23-6060446-S      **BUILES, CARLOS v. LOWE'S HOME CENTERS, LLC**
**Prefix:** FS3         **Case Type:** T03        **File Date:** 03/21/2023         **Return Date:** 04/04/2023

---

**Hide Instructions**                   **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

**Confirmation of E-filed Transaction (print this page for your records)**

|  |  |
|---:|:---|
| **Docket Number:** | FST-CV-23-6060446-S |
| **Case Name:** | BUILES, CARLOS v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Appearance |
| **Date Filed:** | Mar 30 2023 |
| **Appearance by:** | 404459 MORRISON MAHONEY LLP |

**Appearance for this Party(ies)**

| Party # | Party Name |
|:---|:---|
| D-01 | LOWE'S HOME CENTERS, LLC |

|  |  |
|---:|:---|
| **Document Filed:** | JD-CL-12 Appearance |
| **Date and Time of Transaction:** | Mar 30 2023 8:52:59 AM |

[ Return to Civil / Family Menu ]

Copyright © 2023, State of Connecticut Judicial Branch

# EXHIBIT C

| DOCKET NO.: FST-CV23-6060446-S | : | SUPERIOR COURT |
|---|---|---|
| CARLOS BUILES | : | JUDICIAL DISTRICT OF STAMFORD |
| v. | : | AT STAMFORD |
| LOWE'S HOME CENTERS, LLC | : | MARCH 30, 2023 |

**NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT**

    Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Lowe's Home Centers, LLC (hereinafter "the Defendant"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as <u>Exhibit A</u>.

    According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

                              THE DEFENDANT,
                              LOWE'S HOME CENTERS, LLC

By:  /s/ *Gina M. Hall*
        Gina M. Hall
        ghall@morrisonmahoney.com
        Morrison Mahoney LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06103
        Phone:   860-616-4441
        Fax:      860-244-3800

## <u>CERTIFICATION</u>

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on March 30, 2023 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
**<u>Does not consent to electronic service</u>**


By:   /s/ *Gina M. Hall*
           Gina M. Hall

2

102490373



State of Connecticut Judicial Branch
**Superior Court E-Filing**

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)          **E-Mail:** kcunningham@morrisonmahoney.com    Logout

**Hide Instructions**          **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

**Confirmation of E-filed Transaction  (print this page for your records)**

| | |
|---|---|
| **Docket Number:** | FST-CV-23-6060446-S |
| **Case Name:** | BUILES, CARLOS v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Mar-30-2023 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Thursday, March 30, 2023 9:04:33 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]    [ Return to Case Detail ]

Copyright © 2023, State of Connecticut Judicial Branch